UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 10-10183 |
| | ) | Chapter 7 |
| RANDALL ALANSON HOPPE | ) | |
| SSN/ITIN xxx-xx-7678 | ) | |
| | ) | |
| and | ) | ORDER CONVERTING |
| | ) | CASE TO CHAPTER 13 |
| KRISTIN NICOLE HOPPE | ) | |
| fka Kristin Nicole Fisher | ) | |
| SSN/ITIN xxx-xx-7621 | ) | |
| | ) | |
| Debtors. | ) | |

Upon consideration of Debtors' Motion to Convert (doc. 20) and the record before the Court; and in compliance with 11 U.S.C. § 706(a) and Fed.R.Bankr.P. 1017(f)(2); and it appearing this case was not previously converted; now, therefore,

IT IS HEREBY ORDERED Debtors' motion is granted, and this chapter 7 case is converted to a chapter 13 case. The United States Trustee's Motion to Dismiss for Abuse Pursuant to 11 U.S.C. § 707(b)(3) (doc. 19) is rendered moot by Debtors' voluntary conversion of their case to chapter 13.

So ordered: November 19, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota