UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: ) | Bankr. No. 10-10183 |
| ) | Chapter 13 |
| RANDALL ALANSON HOPPE ) | |
| SSN/ITIN xxx-xx-7678 ) | |
| ) | |
| and ) | |
| ) | ORDER CONFIRMING PLAN |
| KRISTIN NICOLE HOPPE ) | |
| fka Kristin Nicole Fisher ) | |
| SSN/ITIN xxx-xx-7621 ) | |
| ) | |
| Debtors. ) | |

A hearing on Debtors' Plan Dated December 2, 2010 (doc. 28) was held February 10, 2011, with appearances as noted in the hearing minutes. Pursuant thereto, and in recognition of and compliance with the findings and conclusions entered on the record; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtors' Plan Dated December 2, 2010 is confirmed, with the clarifications entered on the record and incorporated in the Plan as Confirmed to be filed following the entry of this order.

So ordered: March 16, 2011.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota