United States Bankruptcy Court
District of South Dakota

| | |
|---|---|
| IN RE:<br>Randall Alanson Hoppe<br>SSN/ITIN xxx-xx-7678<br><br>Kristin Nicole Hoppe<br>f/k/a Kristin Nicole Fisher<br>SSN/ITIN xxx-xx-7621<br><br>Debtor(s) | Case No. 10-10183<br>Chapter 13 |

**PLAN AS CONFIRMED**

1. **Payments by Debtor to Trustee.**

Debtors will pay the Trustee $ **390.15** per month for **60** months (the "plan term"), for a total of $**23,409.00**. Debtors will also turn over to the trustee 100% of their federal income tax refunds, after any statutory off-set by the IRS, for tax years 2010, 2011, 2012, 2013 and 2014. Debtors will make the first plan payment on or before **January 1, 2011** and the last plan payment on or before **December 1, 2015**.

2. **Payments by Trustee to Administrative Expense Holders and Creditors.**

    a. Administrative Expenses (priority claim):

| Creditor | Claim | Payment | Months | Total |
|---|---|---|---|---|
| **Bauer Law Office, P.C.** | $612.15 | $51.01 | 1-11 | $612.15 |
| | | $51.04 | 1 | |

This priority claim will not be paid until Attorney Bruce P. Bauer files an application for compensation and reimbursement and the Court approves that application. The actual amount of the monthly payment will be calculated based on the Court's separate order awarding compensation and reimbursement. If the Court awards fees that total less than the above estimate, unsecured creditors may ultimately receive a distribution that is more than the estimate shown below. If the Court awards fees that total more than the above estimate, Debtors may file a motion to modify their confirmed plan to provide for those additional fees. If that modification is approved, unsecured creditors may receive a distribution that is less than what is set forth in this plan.

    b. Other Priority Claims.

| Creditor | Claim | Payment | Months | Total |
|---|---|---|---|---|
| **None** | | | | |

c. Secured Claims- Arrearage Only:

| Creditor | Amount | Payment | Months | Total |
|---|---|---|---|---|
| None | | | | |

d. Other Secured Claims:

| Creditor | Claim Amount | Interest | Payment | Months | Total |
|---|---|---|---|---|---|
| None | | | | | |

e. Unsecured, Non-priority Claims: After making the payments to priority and secured creditors described above, the trustee will distribute the balance of the payments made by the Debtors to unsecured creditors who timely file a proof of claim. If an unsecured creditor receives appropriate notice of the case but fails to timely file a proof of claim, that unsecured creditor's claim will be discharged to the extent set forth in 11 U.S.C. 1328(a) when Debtors complete all plan payments. If all unsecured creditors known to Debtors timely file proofs of claim, each unsecured creditor will be paid approximately **50.46**% of its claim.

f. Disbursements by the trustee. After deducting his statutory fee allowance, the trustee will disburse available funds first to claims with installment payment schedules in the following order: administrative expenses, including attorney fees, unsecured priority claims, and secured claims. Thereafter, the trustee will disburse available funds to claims without installment payment schedules in the following order: administrative expenses, including attorney fees, priority claims and unsecured non-priority claims.

3. **Payments by Debtors Directly to Creditors.**

a. Secured Claims not in default.

| Creditor | Claim Amount | Interest | Payment |
|---|---|---|---|
| **First Premier Bank**<br>--2003 Lincoln Aviator | $11,201.00 | | $315.00 |

| Creditor | Claim Amount | Interest | Payment |
|---|---|---|---|
| **Great Western Bank**<br>--2001 Chevy Tahoe &<br>618 2nd Ave NE,<br>Watertown, South Dakota | $23,522.14 | | $ |

| Creditor | Claim Amount | Interest | Payment |
|---|---|---|---|
| **Home Federal Bank**<br>---618 2nd Ave NE,<br>Watertown, South Dakota | $116,000.00 | $0 | $ |

Debtors will make all required payments on these secured claims not in default until paid in full according to the terms of the original agreements between Debtors and these creditors. These payments will be made directly to these creditors, not to the trustee, and will not be subject to the trustee's supervision or control. The creditors will receive no payment in any amount from the trustee on account of these claims. Each secured creditor listed here will retain its lien until its secured claim is paid in full.

    b. Secured Claims in Default

| Creditor | Claim Amount | Interest | Payment | Months | Total |
|---|---|---|---|---|---|

**None**

4. **Disposable Income:** All of Debtors net disposable income will be applied to make payments under the plan.

5. **Other provision.** Debtors agree to timely file all post-petition federal, state and local tax returns and to pay all post-petition taxes as they come due.

6. **Attachments:** Attached to this plan and incorporated by reference is a liquidation analysis that demonstrates creditors will receive as much or more under this plan than they would if Debtors; non-exempt assets were liquidated in a chapter 7 bankruptcy.

Dated: 3/16/11

/s/ Bruce P. Bauer                                             /s/ Randall Alanson Hoppe
Bruce P. Bauer                                                     Randall Alanson Hoppe
Bauer Law Office
100 South Maple, Suite 312                       /s/ Kristin Nicole Hoppe
Watertown, SD  57201                            Kristin Nicole Hoppe
605-886-5360

## Attachment A – Liquidation Analysis
### Randall Alanson Hoppe & Kristin Nicole Hoppe
### 10-10183

|  | Market Value | Valid Encumbrances | Claimed Exemption | |
|---|---|---|---|---|
| **Real Property:** | $97,359.00 | Great Western Bank & Home Federal Bank | $0.00 | $0 |
| **Vehicles:** | 2003 Lincoln Aviator | First Premier Bank | $11,201.00 | $3 |
|  | 2001 Chevy Tahoe | Great Western Bank | $23,522.14 | $0 |
| **Other Personal Property:** | | | | |
| Cash | | | | |
| Checking/Savings Account | ** | | | |
| Wearing Apparel | $250.00 | 0.00 | $250.00 | 0.0 |
| Household Goods | $500.00 | 0.00 | $500.00 | 0.0 |
| Stove, Fridge, Washer & Dryer | $200.00 | 0.00 | $200.00 | 0.0 |
| State Farm Life Insurance | $100.00 | 0.00 | $100.00 | 0.0 |
| 401K | $8,194.52 | 0.00 | $8,194.52 | 0.0 |
| Wages Accrued Not Yet Paid | $1,000.00 | 0.00 | $1,000.00 | 0.0 |
| **TOTAL AVAILABLE EQUITY:** | | | $3,201.00 | |

**NOTES:**
** Available cash and bank accounts have fluctuated since the petition. These are current sums.